JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAELLE BARDET,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., et al.,<br><br>Defendants. | Case No. CV 22-816-GW-GJSx<br><br>**ORDER TO DISMISS** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action as to Plaintiff's individual claims (First through Fifth Causes of Action) is DISMISSED WITH PREJUDICE and the PAGA claim (Sixth Cause of Action) is DISMISSED WITHOUT PREJUDICE by operation of law, with each party to bear her or its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: July 25, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE